IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 2:18-cr-20027

MANUEL SCOTT KILGORE DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 41. Judge Ford recommended that Defendant's Motion for Reduction in Sentence (ECF No. 36) be denied and dismissed with prejudice because Defendant failed to present an "extraordinary and compelling reason" to warrant a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) and the United States Sentencing Guidelines (USSG) § 1B1.13(b)(5). Defendant has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 41) in its entirety. Accordingly, Defendant's Motion for Reduction in Sentence (ECF No. 36) is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge